JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BULMARIO TORRES,               )     NO. CV 19-7689-CAS(E)
                               )
            Petitioner,        )
                               )
        v.                     )     JUDGMENT
                               )
S. KERNAN,                     )
                               )
            Respondent.        )
_____)

        Pursuant to the "Order of Dismissal,"

        IT IS ADJUDGED that the Petition is denied and dismissed
without prejudice.

        DATED: September 10, 2019.


                            _____
                                  CHRISTINA A. SNYDER
                            UNITED STATES DISTRICT JUDGE